**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Andres X Jara** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN  **xxx–xx–7168**

EIN  _ _ – _ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _

EIN  _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court  **District of New Jersey**

Case number:  **16–20168–RG**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andres X Jara

<u>8/26/16</u>

**By the court:** <u>Rosemary Gambardella</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-20168-RG
Andres X Jara                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin         Page 1 of 2        Date Rcvd: Aug 26, 2016
                           Form ID: 318         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db           +Andres X Jara,    5509 Madison Street, Apt. 101,    West New York, NJ 07093-4674
516198503    +Cenlar Loan Admin & Reporting (Cenlar),    425 Phillips Blvd,    Ewing, NJ 08618-1430
516198506    +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
              Saint Louis, MO 63179-0040
516198507    +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
              St Louis, MO 63179-0040
516198508    +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
              Saint Louis, MO 63179-0040
516198521    +Valley National Bank M,    1460 Valley Road,    Wayne, NJ 07470-8494
516198522    +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QCMFORMAN.COM Aug 26 2016 22:28:00    Charles M. Forman,    LeClairRyan,
              One Riverfront Plaza,    1037 Raymond Blvd.,    Suite 16th Floor,    Newark, NJ 07102-5424
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 26 2016 22:36:18    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 26 2016 22:36:17    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516198500    +EDI: BANKAMER.COM Aug 26 2016 22:28:00    Bank Of America,    Nc4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
516198502    +EDI: RMSC.COM Aug 26 2016 22:28:00    CECRB/Ikea,    Attn: Bankruptcy,    Po Box 103104,
              Roswell, GA 30076-9104
516198501    +EDI: CAPITALONE.COM Aug 26 2016 22:28:00    Capital One,    Po Box 30285,
              Salt Lake City, UT 84130-0285
516198505    +EDI: CHASE.COM Aug 26 2016 22:28:00    Chase Card Services,    Attn: Correspondence Dept,
              Po Box 15298,    Wilmingotn, DE 19850-5298
516198504    +EDI: CHASE.COM Aug 26 2016 22:28:00    Chase Card Services,    Attn: Correspondence Dept,
              Po Box 15298,    Wilmington, DE 19850-5298
516198509    +EDI: WFNNB.COM Aug 26 2016 22:28:00    Comenity Bank/express,    Po Box 182789,
              Columbus, OH 43218-2789
516198510     EDI: RCSDELL.COM Aug 26 2016 22:28:00    Dell Financial Services,    Po Box 81577,
              Austin, TX 78708
516198511     EDI: FORD.COM Aug 26 2016 22:28:00    Ford Motor Credit,    Po Box 62180,
              Colorado Springs, CO 80962
516198512     E-mail/Text: bankruptcy@senexco.com Aug 26 2016 22:35:59    Senex Services Corp,
              3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
516198513    +EDI: RMSC.COM Aug 26 2016 22:28:00    Syncb Bank/American Eagle,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
516198516    +EDI: RMSC.COM Aug 26 2016 22:28:00    Synchrony Bank/Care Credit,    Attn: bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
516198517    +EDI: RMSC.COM Aug 26 2016 22:28:00    Synchrony Bank/Gap,    Attn: Bankrupty,    Po Box 103104,
              Roswell, GA 30076-9104
516198518    +EDI: RMSC.COM Aug 26 2016 22:28:00    Synchrony Bank/HH Gregg,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
516198519    +EDI: RMSC.COM Aug 26 2016 22:28:00    Synchrony Bank/Walmart,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
516198520     EDI: TFSR.COM Aug 26 2016 22:28:00    Toyota Motor Credit Co,    Toyota Financial Services,
              Po Box 8026,    Cedar Rapids, IA 52408
516198523    +E-mail/Text: vci.bkcy@vwcredit.com Aug 26 2016 22:36:21    Volkswagen Credit, Inc,    Po Box 3,
              Hillsboro, OR 97123-0003
                                                                                            TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516198514     Syncb/hdflr
516198515     Syncb/home Dsgn Floori
cr*          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
              Colorado Springs, CO  80962)
                                                                           TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Aug 26, 2016
                               Form ID: 318              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
          Charles M. Forman    charles.forman@leclairryan.com,  lori.capasso@leclairryan.com
          Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services, Inc.
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
          mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Lazaro  Carvajal   on behalf of Debtor  Andres X Jara lazaro@carvajallaw.com
                                                                      TOTAL: 4
```