UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Andres X. Jara                     Case No.: 16-20168 (RG)

                                           Chapter:  7

                                           Judge:    Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on October 4, 2016, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 5509 Madison Street, Apt. 101, West New York, NJ, having a fair market value of $155,000.00.

> Liens on property:
>
> Cenlar Loan Admin. & Reporting (Cenlar)
> $166,598.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Marianne C. Taylor
Address:  LeClairRyan, 1037 Raymond Blvd., 16th Floor, Newark, NJ 07102
Telephone No.: 973-491-3600

00559936 - 1

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                               Case No. 16-20168-RG
Andres X Jara                                                        Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2        Date Rcvd: Sep 06, 2016
                              Form ID: pdf905             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2016.
db             +Andres X Jara,    5509 Madison Street, Apt. 101,     West New York, NJ 07093-4674
516198500      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
516198501      +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
516198503      +Cenlar Loan Admin & Reporting (Cenlar),    425 Phillips Blvd,    Ewing, NJ 08618-1430
516198504      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
516198505      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmingotn, DE 19850-5298
516198506      +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516198507      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
516198508      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516198509      +Comenity Bank/express,    Po Box 182789,    Columbus, OH 43218-2789
516198510     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:   Dell Financial Services,     Po Box 81577,    Austin, TX 78708)
516198511     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit,    Po Box 62180,    Colorado Springs, CO 80962)
516198520     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516198521      +Valley National Bank M,    1460 Valley Road,    Wayne, NJ 07470-8494
516198522      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2016 23:52:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2016 23:52:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516198502      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:48:35      CECRB/Ikea,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
516198512       E-mail/Text: bankruptcy@senexco.com Sep 06 2016 23:51:57      Senex Services Corp,
                 3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
516198513      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:48:55      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516198516      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:48:55      Synchrony Bank/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516198517      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:48:55      Synchrony Bank/Gap,
                 Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
516198518      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:48:54      Synchrony Bank/HH Gregg,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516198519      +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2016 23:48:55      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516198523      +E-mail/Text: vci.bkcy@vwcredit.com Sep 06 2016 23:52:48      Volkswagen Credit, Inc,    Po Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516198514       Syncb/hdflr
516198515       Syncb/home Dsgn Floori
cr*           ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 06, 2016
                              Form ID: pdf905          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
              Charles M. Forman    charles.forman@leclairryan.com,  lori.capasso@leclairryan.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Lazaro  Carvajal    on behalf of Debtor Andres X Jara lazaro@carvajallaw.com
                                                                                         TOTAL: 5
```